CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 30 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEVIN NEVOYLE DICKERSON, | ) | Criminal No. 7:10cr00011 |
| Petitioner, | ) | |
| v. | ) | **2255 FINAL ORDER** |
| UNITED STATES OF AMERICA, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Dickerson's motion pursuant to 28 U.S.C. § 2255 is **DENIED**, and this matter is **STRICKEN** from the court's active docket. Further, finding that Dickerson has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

**ENTER**: January 30, 2013.

_____
UNITED STATES DISTRICT JUDGE